IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EDISON K. SPEARMAN,

    Plaintiff,

vs.

UNITED STATES STEEL CORPORATION
and RODNEY LEE,

    Defendants.

Case No. 11-cv-657-JPG

# JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that Judgment is entered in favor of defendant Rodney Lee and against plaintiff Edison K. Spearman.

**DATED:**   June 20, 2013          **NANCY J. ROSENSTENGEL, Clerk of Court**

                                                                        **s/Deborah Agans, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**